Daniel Tavarez #05A2628
Clinton Correctional Facility
P. O. Box 2001
Dannemora N. Y. 12929

Date Nov 13, 2009

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2009 ★

BROOKLYN OFFICE

To: Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Tavarez v. Artus
09-cv-3716(EDNY)

Dear, Hon. Judge Amon,

Thank you for granting me poor person, and allowing to proceed. You denied an attorney to assist me, that is a major problem for me. I am unable to defend myself, I know nothing about the law, and had help every step of the way. The person(s) who has been helping me, are no longer available. "Please" I help. Thank you so much for your time with matter.

Daniel Tavarez
#05-A-2628

This application to reconsider its earlier decision denying appointment of counsel is denied.

So Ordered.

11/30/09   /Signed by Judge Amon/